UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE KENNETH DONNELL
GOOSBY                                              Civil Action No. 14-mc-50885
                                                    HON. MARK A. GOLDSMITH
_____/

## ORDER OF DISMISSAL

On July 3, 2014, Kenneth Donnell Goosby filed a document in this matter, titled "Common Law Vehicular Judicial Notice Constitutional Drivers License" (Dkt. 1). On July 14, 2014, the Court entered an order noting that the document "does not name any parties, bring any claims, or raise any allegations whatsoever. The vagueness of the document fails to implicate this Court's jurisdiction." Order (Dkt. 2). The order directed Goosby to either "(i) file a memorandum explaining why he believes there are no defects in his filing or (ii) file an amended pleading curing the defects outlined above by July 24, 2014." Id. The Court warned Goosby that if he failed to respond to the Court's order by July 24, 2014, "the Court shall construe his filing as a complaint and dismiss the matter for failure to prosecute." Id.

Goosby has not filed any response to the Court's order, and the deadline to do so has expired. Accordingly, the Court dismisses the matter for failure to prosecute.

SO ORDERED.


Dated: July 28, 2014                       s/Mark A. Goldsmith
       Flint, Michigan                     MARK A. GOLDSMITH
                                           United States District Judge

1

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 28, 2014.

s/Deborah J. Goltz
DEBORAH J. GOLTZ
Case Manager